# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVION FERMON,<br><br>               Petitioner,<br><br>    v.<br><br>FRED FAULK, Warden,<br><br>               Respondent. | Case No. CV 13-7815-JLS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner has filed Objections, and the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: August 21, 2015

                                                    JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVION FERMON,<br><br>            Petitioner,<br><br>   v.<br><br>FRED FAULK, Warden,<br><br>            Respondent. | Case No. CV 13-7815-JLS (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 21, 2015

                                            JOSEPHINE L. STATON
                                         UNITED STATES DISTRICT JUDGE